IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

v.                                    4:08-MJ-06007-WRW

JORGE MARTINEZ

ORDER

On March 21, 2008, United States Magistrate Judge Beth Deere entered an order setting Defendant's conditions of release. The Prosecution filed a Motion for Immediate Stay of Release and Revocation of the Magistrate's Order of Release (Doc. No. 5).

Based on the findings of facts and conclusions of law made in the hearing held today, the Prosecution's Motion for Immediate Stay of Release and Revocation of the Magistrate's Order of Release is DENIED, and the conditions of release order (Doc. No. 6) is AFFIRMED *in toto*.

IT IS SO ORDERED this 21st day of March, 2008.

/s/ Wm. R. Wilson, Jr._____
UNITED STATES DISTRICT JUDGE